Corey SANDERS *v.* STATE of Arkansas

CR 99-628                                  998 S.W.2d 737

Supreme Court of Arkansas
Opinion delivered September 9, 1999

*Larry G. Dunklin,* for appellant.

No response.

P ER CURIAM. Corey Sanders, by his attorney, has filed a motion for rule on the clerk.

His attorney, Larry G. Dunklin, admits in his motion that the record was tendered late due to a mistake on his part.

We find an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.